THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 Glenn Shepherd, Appellant,
 
 
 
 
 

v.

 
 
 
 
 The State of South
 Carolina, Respondent.
 
 
 
 
 

Appeal From Greenwood County
J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No. 2010-UP-399
 Filed January 4, 2010  Filed September
13, 2010   

APPEAL DISMISSED

 
 
 
 Lena Younts Meredith, of Greenwood, for
 Appellant. 
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, and Assistant Attorney General Ashley Anne
 McMahan, all of Columbia, for Respondent.

 
 

PER CURIAM: Glenn Shepherd appeals the dismissal of
 his petition for a writ of habeas corpus alleging the circuit court erred in
 dismissing his petition because trial counsel's ineffective assistance denied
 him fundamental fairness shocking to the universal sense of justice.  After a thorough
 review of the record, counsel's brief, and Shepherd's pro se brief pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[1]
APPEAL DISMISSED.
WILLIAMS, PIEPER, and LOCKEMY, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.